AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| MARIA CORTESE, Individually and as Executrix of the ESTATE OF ANNA CORTESE )<br>*Plaintiff* )<br>v. )<br>THE CORPORATION OF HAVERFORD COLLEGE, et al. )<br>*Defendant* ) | Case No.  2:25-CV-02616 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CLUB CAR, LLC                                    .

Date:   07/10/2025

/s/ SCOTTIE F. LEE
*Attorney's signature*

SCOTTIE F. LEE, NC BAR NO. 50833
*Printed name and bar number*

ELLIS & WINTERS LLP
300 N. GREENE ST., SUITE 800
GREENSBORO, NC 27401
*Address*

SCOTTIE.LEE@ELLISWINTERS.COM
*E-mail address*

(336) 217-4193
*Telephone number*

(336) 217-4198
*FAX number*

Print    Save As...    Reset