IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA CORTESE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 25-2616 |
| THE CORPORATION OF HAVERFORD | : | |
| COLLEGE, et al. | : | |

**O R D E R**

AND NOW, this 10th day of September, 2025, upon receipt of Defendant Club Car, LLC's Suggestion of Lack of Subject Matter Jurisdiction (Doc. 32), in which it asserts that several members of the controlling limited partnership are citizens of New York, IT IS HEREBY ORDERED that Plaintiff and Defendant Haverford College SHALL file responses to Club Car's Suggestion by **September 17, 2025**, and SHOW CAUSE why this matter should not be remanded to the Philadelphia Court of Common Pleas for lack of subject matter jurisdiction.[1]

BY THE COURT:

/s/ Elizabeth T. Hey
_____
ELIZABETH T. HEY, U.S.M.J.

---

[1] The court notes that Plaintiff did not file any amendments to the pleadings by the September 5, 2025 deadline. See Doc. 29.