**Messa & Associates**
TRIAL ATTORNEYS WITH A REPUTATION FOR RESULTS

Joseph L. Messa, Jr. ▫●
Richard J. Heleniak, ▪○
Irene M. McLafferty ▪  Lee D. Rosenfeld ☼
Paul D. Brandes ◪
Thomas N. Sweeney ▫
Ramon A. Arreola ▪
Brett M. Furber ▪ Angelo Theodosopoulos ▪ Alaina A. Gregorio ▲ Laura E. Laughlin + Megan M. Kwak ▪
Ashley B. DiLiberto ∆
Samantha M. Spinelli ▪
Graham R. Bickel ▪
Zachary A. Zawrotny ▪
Colby T. Ciarrocca ▪
Chelsea E. Tyner ▪

*Counsel to the firm:*
James R. Radmore ▪
Brett W. Batoff ★
Richard P. Abraham ★
Noelle L. Palazzo ▪
Anastasia Buccino-Roth ▪
Heidi G. Villari ▪

123 South 22nd Street
Philadelphia, PA 19103

*p* 215.568.3500
*f* 215.568.3501
*toll free* 877MESSALAW

**PLEASE DIRECT ALL PA CORRESPONDENCE TO THE ABOVE ADDRESS**

Richard A. Merlino ☼
Florida Resident Counsel

▪ Admitted to PA & NJ Bars
▫ Admitted to PA, NJ, & VA Bars
○ Admitted to PA, NJ, & GA Bars
◪ Admitted to PA, NJ, DC & NY Bars
▲ Admitted to PA, NJ, & NY Bars
+ Admitted to PA, NJ, & FL Bars
∆ Admitted to PA, NJ, DE, & NY Bars
⬇ Admitted to PA Bar
☼ Admitted to FL Bar
● ABPLA Certified Medical Malpractice Attorney
○ National Board of Trial Advocacy Certified Civil Trial Attorney

September 17, 2025

**Via ECF**
Honorable Elizabeth T. Hey, District Court Judge
United States District Court
Eastern District of Pennsylvania
14613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   Cortese v. The Corporation of Haverford College, et al.
      United Stated District Court for the Eastern District of Pennsylvania
      Case No.: 2:25-cv-02616-JS

Dear Judge Hey:

I represent Plaintiff in the above-referenced action. In response to the Court's Order dated September 10, 2025, (Doc. No. 33), Plaintiff agrees that this case should be remanded to the Philadelphia Court of Common Pleas. Plaintiff is a citizen of New York and, based on Defendant Club Car's Suggestion of Lack of Subject Matter Jurisdiction (No. 32), this case should be remanded.

It should also be noted that the only reason this case is in Federal Court is due to snap removal from Defendant Haverford College, who is a Pennsylvania citizen and venue is proper in Philadelphia County.

| 123 S 22nd St. Philadelphia, PA 19103 *p* 215.568.3500 *f* 215.568.3501 | 923 Fayette St. Conshohocken, PA 19428 *p* 215.940.7700 *f* 888.960.3501 | 309 Wyoming Ave Pittston, PA 18643 *p* 570.883.0800 *f* 888.960.3501 | 475 White Horse Pike Collingswood, NJ 08108 *p* 877.637.7252 *f* 888.960.3501 | 605 New Rd. Linwood, NJ 08221 *p* 609.601.1644 *f* 888.960.3501 | 520 W First Ave Roselle, NJ 07203 *p* 609.601.1644 *f* 888.960.3501 | 221 River St., 9th Fl. Hoboken, NJ 07030 *p* 877.637.7252 *f* 888.960.3501 | 5 Penn Plaza, 23rd Fl. New York, NY 10001 *p* 877.637.7252 *f* 888.960.3501 | 101 N.E. 3rd Ave. #1500 Fort Lauderdale, Florida *p* 877.637.7252 *f* 888.960.3501 |

www.messalaw.com

Honorable Elizabeth T. Hey
September 17, 2025
Page 2

Thank you for your consideration.

Respectfully submitted,

/s/ Laura E. Laughlin
Laura E. Laughlin, Esquire

LEL/emw
cc:  Michele Turner, Esquire (mturner@bbs-law.com)
    Jacob Yzzi, Esquire (yzzi@bbs-law.com)
    Jon Berkelhammer, Esquire (jon.berkelhammer@elliswinters.com)
    Scottie Lee, Esquire (scottie.lee@elliswinters.com)
    Jacob Lantry, Esquire (JLantry@campbell-trial-lawyers.com)
    Katherine Wang, Esquire (kwang@campbell-trial-lawyers.com)

923 Fayette St.  1020 W Broad St.  309 Wyoming Ave  2000 Academy Dr., Ste 200  475 White Horse Pike  605 New Rd.  520 W First Ave  221 River St., 9th Fl.  5 Penn Plaza, 23rd Fl.
Conshohocken, PA 19146  Bethlehem, PA 18018  Pittston, PA 18643  Mt. Laurel, NJ 08054  Collingswood, NJ 08107  Linwood, NJ 08221  Roselle, NJ 07203  Hoboken, NJ 07030  New York, NY 10001
p 215.940.7700  p 570.883.0800  p 570.883.0800  p 856.810.9500  p 877.637.7252  p 609.601.1644  p 609.601.1644  p 877.637.7252  p 877.637.7252
f 888.960.3501  f 888.960.3501  f 888.960.3501  f 856.810.9918  f 888.960.3501  f 888.960.3501  f 888.960.3501  f 888.960.3501  f 888.960.3501

www.messalaw.com